**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,**<br>　　**Plaintiff,**<br><br>**v.**<br><br>**ARASHI VISION INC. d/b/a INSTA360,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 2:25-cv-01216**<br><br>**JURY TRIAL** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Sovereign Peak Ventures, LLC ("SPV") by and through its undersigned attorney, states as follows:  SPV is a wholly-owned subsidiary of Monument Patent Holdings, LLC, which is itself a wholly-owned subsidiary of Dominion Harbor Enterprises, LLC.

There are no publicly held entities that own ten percent or more of SPV's stock.

Dated:  December 12, 2025

Respectfully submitted,

CONNOR LEE & SHUMAKER PLLC

By: _____
　　Cabrach J. Connor
　　Cab@CLandS.com
　　Texas Bar No. 24036390
　　Jennifer Tatum Lee
　　Jennifer@CLandS.com

-2-

Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

-2-