**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC, <br>    Plaintiff, <br><br> v. <br><br> ARASHI VISION INC. d/b/a INSTA360, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | NO. 2:25-cv-1216-JRG-RSP <br><br><br> JURY TRIAL |

## JOINT NOTICE OF SERVICE OF PROCESS

Counsel for Defendant Arashi Vision Inc. d/b/a Insta360 ("Insta360) has accepted service on behalf of Insta360, and the parties have agreed that Insta360 will answer or otherwise respond to MPV's complaint on or before September 2, 2026.

Dated:  July 6, 2026

Respectfully submitted,

**CONNOR LEE & SHUMAKER PLLC**

By:   */s/ Cabrach Connor*
      Cabrach J. Connor
      Cab@CLandS.com
      Texas Bar No. 24036390
      Jennifer Tatum Lee
      Jennifer@CLandS.com
      Texas Bar No. 24046950
      John M. Shumaker
      John@CLandS.com
      Texas Bar No. 24033069

      609 Castle Ridge Road, Suite 450
      Austin, Texas 78746
      512.646.2060 Telephone
      888.387.1134 Facsimile
      ATTORNEYS FOR PLAINTIFF

SOVEREIGN PEAK VENTURES, LLC

*/s/ Benjamin Bai*
J. Benjamin Bai
Texas Bar No. 24001676
Benjamin.bai@cn.kingandwood.com
**King & Wood**
600 5th Avenue 27th Floor
New York, NY 10020
Telephone: (212) 319-4755
Facsimile: (917) 591-8167

Haolu Feng
D.C. Bar No. 90001026
Harry.feng@cn.kingandwood.com
**King & Wood**
17th Floor, One ICC, Shanghai ICC 999
Middle Huai Hai Road
Shanghai, China 200031
Telephone: (206) 499-2956
Facsimile: (917) 591-8167

Jack Shaw
California State Bar No. 309382
jshaw@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Greg Love
State Bar No. 24013060
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
104 E. Houston Street, Suite 115
Marshall, Texas 75670
Telephone: (903) 212-4444
Facsmile: (903) 392-2267

ATTORNEYS FOR DEFENDANT
ARASHI VISION INC. d/b/a INSTA360

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will effect service on all counsel of record who have consented to electronic service and electronic mail to the following counsel:

J. Benjamin Bai
Benjamin.bai@cn.kingandwood.com
King & Wood
600 5th Avenue 27th Floor
New York, NY 10020
Telephone: (212) 319-4755
Facsimile: (917) 591-8167

Haolu Feng
Harry.feng@cn.kingandwood.com
King & Wood
17th Floor, One ICC, Shanghai ICC 999 Middle Huai Hai Road
Shanghai, China 200031
Telephone: (206) 499-2956
Facsimile: (917) 591-8167

Jack Shaw
jshaw@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Greg Love
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
104 E. Houston Street, Suite 115
Marshall, Texas 75670
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

*/s/ Cabrach J. Connor*
Cabrach J. Connor

-2-

-2-

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties conferred with the

meet and confer requirement in Local Rule CV-7(h).

*/s/ Cabrach J. Connor*
Cabrach J. Connor
